# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL FRANCIS HENDRINE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 24-3426 (UNA) |
| ) | |
| HILLARY CLINTON *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This action brought *pro se* is before the Court on review of Plaintiff's complaint and application to proceed *in forma pauperis*. For the following reasons, the Court grants the application and dismisses the complaint.

Although *pro se* complaints are held to less stringent standards than those applied to formal pleadings drafted by lawyers, *Haines v. Kerner*, 404 U.S. 519, 520 (1972), they must conform to the Federal Rules of Civil Procedure. *See Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). It "does not require detailed factual allegations, but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (internal quotation marks and citation omitted).

The gibberish comprising Plaintiff's complaint fails to "give the defendants fair notice of what the claim is and the grounds upon which it rests[.]" *Jones v. Kirchner*, 835 F.3d 74, 79 (D.C. Cir. 2016) (cleaned up). Consequently, this case will be dismissed by separate order.

Date: February 10, 2025

/s/
RUDOLPH CONTRERAS
United States District Judge